IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY WILLIAMS                                                    PLAINTIFF

v.                              CIVIL NO. 18-2024

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                       DEFENDANT

## JUDGMENT

On February 7, 2018, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of the Social Security Act. (Doc. 1).

On April 13, 2018, Defendant filed a motion to dismiss Plaintiff's case for lack of subject matter jurisdiction. (Doc. 12). Plaintiff filed a response agreeing with Defendant that this Court lacked subject matter jurisdiction. (Doc. 13).

Based on the above, the Court hereby grants Defendant's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 27th day of April 2018.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE